| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Brainy Apps, LLC** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA, MIAMI DIVISION |
| Case number (if known): | 21-19692-LMI |

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders      12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Bashar Al-Hussaini c/o The Lomnitzer Law Firm, P.A. 7999 N Federal Hwy Ste 202 Boca Raton, FL 33487-1673 | | | | | | $50,372.64 |
| FunBox 6900 Dallas Pkwy Ste 700 Plano, TX 75024-7188 | | | | | | $29,494.00 |
| Funding Circle 707 17th St Ste 2200 Denver, CO 80202-3404 | | | | | | $20,000.00 |
| Kabbage, Inc. 925B Peachtree St NE Ste 1688 Atlanta, GA 30309-4498 | | | | | | $76,808.00 |
| Outshine Innovations, LLC 28509 36th Ave S Auburn, WA 98001-1009 | | | | | | $38,800.00 |
| Stripe Capital 510 Townsend St San Francisco, CA 94103-4918 | | Business credit account | | | | $51,682.00 |