UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI-DADE DIVISION
www.flsb.uscourts.gov

IN RE:

                                                                              Case No.: 21-19692-LMI

BRAINY APPS, LLC,                          Chapter 11

      Debtor-in-Possession,
_____/

**DEBTOR'S AMENDMENT TO SCHEDULE D: CREDITORS WHO
HAVE CLAIMS SECURED BY PROPERTY; SCHEDULE E/F:
CREDITORS WHO HAVE UNSECURED CLAIMS; SUMMARY OF
ASSETS AND LIABILITIES FOR NON-INDIVIDUALS;
<u>AND STATEMENT OF FINANCIAL AFFAIRS</u>**

BRAINY APPS, LLC (the "Debtor"), by and through undersigned counsel, and hereby files this *Amendment to Schedule D: Creditors Who Have Claims Secured by Property; Schedule E/F: Creditors Who Have Unsecured Claims; Summary of Assets and Liabilities for Non-Individuals; and Statement of Financial Affairs* as follows:

    1.    <u>**Schedule D: Creditors Who Have Claims Secured by Property**</u> is amended to add the Funding Circle a/k/a FC Marketplace in the amount of $20,000.00. This debt is moved from Schedule E/F.

    2.    <u>**Schedule E/F: Creditors Who Have Unsecured Claims**</u> is amended to add the following creditors as **priority creditors:**

        Main address:        Internal Revenue Service
                                      PO Box 7346
                                      Philadelphia PA 19101-7346

        Additional notice:     Internal Revenue Service
                                      7850 SW 6th Court, #5730
                                      Plantation Fl 33324

        Main address:        Florida Department of Revenue
                                      PO Box 6668

|   |   |   |
|---|---|---|
|   |   | Tallahassee Fl 32314-6668 |
|   | Additional notice: | Florida Department of Revenue<br>8175 NW 12th Street, Suite 119<br>Doral FL 33126-1828 |

Updated the following creditors to check the boxes: **contingent unliquidated, disputed**

Bashar Al-Hussaini

FunBox

Kabbage, Inc.

Outshine Innovations, LLC

Stripe Capital

3.  **Statement of Financial Affairs** is amended at Part 6: Question 11 is updated to reflect the payment to Van Horn Law Group, P.A. as $5,000.00 for attorney fee retainer, and $1,738.00 for filing fee for a total of $6,738.00.

4.  **Summary of Assets and Liabilities** is amended to reflect the changes above.

BRAINY APPS, LLC

By: *John Lakatis*
    John Edward Lakatis
Its: Co-Founder

Dated: December 23, 2021.

                                                  **VAN HORN LAW GROUP, P.A.**
                                                  500 NE 4th St., Suite 200
                                                  Fort Lauderdale, FL 33301
                                                  Telephone: (954) 765-3166
                                                  Facsimile: (954) 756-7103
                                                  Email: Chad@cvhlawgroup.com

                                                  By: /s/ **Chad Van Horn, Esq.**
                                                    Chad Van Horn, Esq.
                                                    Florida Bar No. 64500

**CREDITOR MATRIX CHANGES**

Additional Creditors:

FC Marketplace, LLC
747 Front St Fl 4
San Francisco, CA 94111-1922

Internal Revenue Service
PO Box 7346
Philadelphia PA 19101-7346

with additional notice to:

Internal Revenue Service
7850 SW 6th Ct # 5730
Plantation, FL 33324-3202

Florida Department of Revenue
PO Box 6668
Tallahassee FL 32314-6668

with additional notice to:

Florida Department of Revenue
8175 NW 12th Street, Suite 119
Doral FL 33126-1828

**Fill in this information to identify the case:**

Debtor name: **Brainy Apps, LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA, MIAMI DIVISION

Case number (if known): **21-19692-LMI**

■ Check if this is an amended filing

Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property      12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

### Part 1: List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| 2.1 | **Funding Circle aka FC Marketplace**<br>Creditor's Name<br><br>**707 17th St Ste 2200**<br>**Denver, CO 80202-3404**<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number**<br>**0250**<br><br>Do multiple creditors have an interest in the same property?<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | Describe debtor's property that is subject to a lien<br>**Chase Bank**<br><br>Describe the lien<br><br>Is the creditor an insider or related party?<br>■ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $20,000.00 | $1,311.63 |

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $20,000.00

### Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **FC Marketplace, LLC**<br>**747 Front St Fl 4**<br>**San Francisco, CA 94111-1922** | Line **2.1** | **0250** |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Brainy Apps, LLC** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA, MIAMI DIVISION |
| Case number (if known) | **21-19692-LMI** |

■ Check if this is an amended filing

Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* **(Official Form 206A/B)** and on *Schedule G: Executory Contracts and Unexpired Leases* **(Official Form 206G)**. Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|   |   |   | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**Florida Department of Revenue**<br><br>**PO Box 6668**<br>**Tallahassee, FL 32314-6668** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **unknown** | **$0.00** |
|   | Date or dates debt was incurred | Basis for the claim:<br>**Taxes** | | |
|   | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (<u>8</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.2 | Priority creditor's name and mailing address<br>**Internal Revenue Services**<br><br>**PO Box 7346**<br>**Philadelphia, PA 19101-7346** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **unknown** | **$0.00** |
|   | Date or dates debt was incurred | Basis for the claim:<br>**Taxes** | | |
|   | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (<u>8</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| Debtor | Brainy Apps, LLC | Case number (if known) | 21-19692-LMI |
|---|---|---|---|
| | Name | | |

| 3.1 | **Nonpriority creditor's name and mailing address**<br>Bashar Al-Hussaini c/o<br>The Lomnitzer Law Firm, P.A.<br>7999 N Federal Hwy Ste 202<br>Boca Raton, FL 33487-1673 | **As of the petition filing date, the claim is:** Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | **$50,372.64** |
|---|---|---|---|
| | Date(s) debt was incurred  05/19/2019 | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset?   ■ No   ☐ Yes | |

| 3.2 | **Nonpriority creditor's name and mailing address**<br>FunBox<br><br>6900 Dallas Pkwy Ste 700<br>Plano, TX 75024-7188 | **As of the petition filing date, the claim is:** Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | **$29,494.00** |
|---|---|---|---|
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number  5853 | Is the claim subject to offset?   ■ No   ☐ Yes | |

| 3.3 | **Nonpriority creditor's name and mailing address**<br>Kabbage, Inc.<br><br>925B Peachtree St NE Ste 1688<br>Atlanta, GA 30309-4498 | **As of the petition filing date, the claim is:** Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | **$76,808.00** |
|---|---|---|---|
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset?   ■ No   ☐ Yes | |

| 3.4 | **Nonpriority creditor's name and mailing address**<br>Outshine Innovations, LLC<br><br>28509 36th Ave S<br>Auburn, WA 98001-1009 | **As of the petition filing date, the claim is:** Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | **$38,800.00** |
|---|---|---|---|
| | Date(s) debt was incurred  07/05/2018 | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset?   ■ No   ☐ Yes | |

| 3.5 | **Nonpriority creditor's name and mailing address**<br>Stripe Capital<br><br>510 Townsend St<br>San Francisco, CA 94103-4918 | **As of the petition filing date, the claim is:** Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | **$51,682.00** |
|---|---|---|---|
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset?   ■ No   ☐ Yes | |

**Part 3:  List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | **Name and mailing address** | **On which line in Part1 or Part 2 is the related creditor (if any) listed?** | **Last 4 digits of account number, if any** |
|---|---|---|---|
| 4.1 | David J. Yaffe, Esq.<br>Blilie Law<br>235 Lincoln Rd Ste 310<br>Miami Beach, FL 33139-3141 | Line  **3.4**<br><br>☐   Not listed. Explain ____ | __ |
| 4.2 | **Florida Department of Revenue**<br>**8175 NW 12th St Ste 119**<br>**Doral, FL 33126-1828** | Line  **2.1**<br><br>☐   Not listed. Explain ____ | __ |

Debtor **Brainy Apps, LLC**     Case number (if known) **21-19692-LMI**
      Name

| | **Name and mailing address** | **On which line in Part 1 or Part 2 is the related creditor (if any) listed?** | **Last 4 digits of account number, if any** |
|---|---|---|---|
| 4.3 | **Internal Revenue Service**<br>**7850 SW 6th Ct # 5730**<br>**Plantation, FL 33324-3202** | Line __2.2__<br>☐ Not listed. Explain ____ | __ |
| 4.4 | **Lincoln & Morgan, LLC**<br>**Frank Ward UCC Lien Dept.**<br>**600 W Broadway Ste 700**<br>**San Diego, CA 92101-3370** | Line __3.3__<br>☐ Not listed. Explain ____ | __ |
| 4.5 | **National Check Resolution, Inc.**<br>**505 Lakeland Plz Ste 347**<br>**Cumming, GA 30040-2807** | Line __3.3__<br>☐ Not listed. Explain ____ | __ |
| 4.6 | **RevX Solutions, llc**<br>**10000 Sagemore Dr Ste 10202**<br>**Marlton, NJ 08053-3944** | Line __3.2__<br>☐ Not listed. Explain ____ | __5853__ |
| 4.7 | **The Lomnitzer Law Firm, P.A.**<br>**7999 N Federal Hwy Ste 202**<br>**Boca Raton, FL 33487-1673** | Line __3.1__<br>☐ Not listed. Explain ____ | __ |

**Part 4:**    **Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | **Total of claim amounts** |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 247,156.64 |
| **5c. Total of Parts 1 and 2**<br>    Lines 5a + 5b = 5c. | 5c. | $ | **247,156.64** |

**Fill in this information to identify the case:**

Debtor name: **Brainy Apps, LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA, MIAMI DIVISION

Case number (if known): **21-19692-LMI**

■ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals          12/15

### Part 1: Summary of Assets

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*..................................................................................................  $ **0.00**

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*................................................................................................  $ **1,311.63**

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*..................................................................................................  $ **1,311.63**

### Part 2: Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................................  $ **20,000.00**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*..................................................  $ **0.00**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................  +$ **247,156.64**

4. **Total liabilities** ...................................................................................................................  $ **267,156.64**
   Lines 2 + 3a + 3b

**Fill in this information to identify the case:**

Debtor name: **Brainy Apps, LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA, MIAMI DIVISION

Case number (if known): **21-19692-LMI**

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*  Statement of Financial Affairs
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **December 23, 2021**      X  *John Lakatis*
Signature of individual signing on behalf of debtor

**John Edward Lakatis**
Printed name

**Co-Founder**
Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Brainy Apps, LLC** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA, MIAMI DIVISION |
| Case number (if known) | **21-19692-LMI** |

☐ Check if this is an amended filing

# Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:   Income

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From **1/01/2021** to **Filing Date** | ■ Operating a business<br>☐ Other | $1,065,924.00 |
   | **For prior year:**<br>From **1/01/2020** to **12/31/2020** | ■ Operating a business<br>☐ Other | $1,270,442.00 |
   | **For year before that:**<br>From **1/01/2019** to **12/31/2019** | ■ Operating a business<br>☐ Other | $2,054,533.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|
   | | |

### Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
   |---|---|---|---|

| Debtor | **Brainy Apps, LLC** | Case number *(if known)* | **21-19692-LMI** |
|---|---|---|---|

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | **Stripe Capital**<br>**510 Townsend St**<br>**San Francisco, CA 94103-4918** | **9/1/2021**<br>**8/1/2021**<br>**7/1/2021** | **$18,400.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3.
   *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| **Part 3:** | **Legal Actions or Assignments** |
|---|---|

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Bashar Al-Hussaini**<br>**vs.**<br>**Brainy Apps, LLC**<br>**2021-004620-CA-001** | **Contract & Indebtedness** | **Miami Dade Clerk of Courts** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.2. | **Outshine Innovations, LLC**<br>**vs.**<br>**Brainy Apps, LLC**<br>**2019-020271-CA-01** | **Contract & Indebtedness** | **Miami Dade Clerk of Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

Debtor **Brainy Apps, LLC**  Case number *(if known)* **21-19692-LMI**

| Part 4: | Certain Gifts and Charitable Contributions |

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ■ None

   | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |

| Part 5: | Certain Losses |

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

    ■ None

    | Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |

| Part 6: | Certain Payments or Transfers |

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None.

    | | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
    |---|---|---|---|---|
    | 11.1. | Van Horn Law Group, P.A<br>500 NE 4th St Ste 200<br>Fort Lauderdale, FL 33301-1163 | Attorney fee $5,000.00; Filing Fee $1,738.00 | 9/17/2021 | $5,000.00 |
    | | Email or website address<br>_____ | | | |
    | | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ■ None.

    | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

Official Form 207  Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy  page **3**

Software Copyright (c) 2021 CINGroup - www.cincompass.com

| Debtor | Brainy Apps, LLC | Case number *(if known)* | 21-19692-LMI |
|---|---|---|---|

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

### Part 7: Previous Locations

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | 14125 NW 80th Ave Ste 201<br>Miami Lakes, FL 33016-2351 | 2016-9/2020 |

### Part 8: Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

### Part 9: Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

### Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

| Debtor | Brainy Apps, LLC | Case number *(if known)* | 21-19692-LMI |
|---|---|---|---|

■ None

| Depository institution name and address | Names of anyone with access to it<br>Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:** Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:** Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.

    ■ No.
    ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. Has the debtor notified any governmental unit of any release of hazardous material?

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:** Details About the Debtor's Business or Connections to Any Business

| Debtor | Brainy Apps, LLC | Case number *(if known)* | 21-19692-LMI |
|---|---|---|---|

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
    Include this information even if already listed in the Schedules.

    ■ None

    | Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
    |---|---|---|

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
    ☐ None

    | Name and address | | Date of service<br>From-To |
    |---|---|---|
    | 26a.1. | **NCH Tax & Wealth Advisors**<br>**1661 E Chapman Ave Ste 2A**<br>**Fullerton, CA 92831-4089** | **From  2016 through present** |

    26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

    ■ None

    26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

    ☐ None

    | Name and address | | If any books of account and records are unavailable, explain why |
    |---|---|---|
    | 26c.1. | **NCH Tax & Wealth Advisors**<br>**1661 E Chapman Ave Ste 2A**<br>**Fullerton, CA 92831-4089** | |

    26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

    ■ None

    | Name and address |
    |---|

27. **Inventories**
    Have any inventories of the debtor's property been taken within 2 years before filing this case?

    ■ No
    ☐ Yes. Give the details about the two most recent inventories.

    | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
    |---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

    | Name | Address | Position and nature of any interest | % of interest, if any |
    |---|---|---|---|
    | **John Lakatis** | **15535 SW 77th Ct**<br>**Village of Palmetto Bay, FL 33157-2340** | **Co-Founder** | **0.0** |

| Debtor | **Brainy Apps, LLC** | Case number *(if known)* | **21-19692-LMI** |
|---|---|---|---|

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Deron Wagner** | **341 Bellaire Park Rd**<br>**Carlisle, PA 17013** | **Co-Founder** | **0.0** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Carmen Lakatis** | **15535 SW 77th Ct**<br>**Village of Palmetto Bay, FL 33157-2340** | **Director** | **0.0** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **CJ Specter, Inc.** | **3030 N Rocky Point Dr W Ste 150A**<br>**Tampa, FL 33607-5803** | **Stockholder** | **50%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Morpheous Trading, LLC** | **PO Box 566463**<br>**Miami, FL 33256-6463** | **Stockholder** | **50%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

   ■ No
   ☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
   Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

   ☐ No
   ■ Yes. Identify below.

|   | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **CJ Specter, Inc.**<br>**3030 N Rocky Point Dr W Ste 150A**<br>**Tampa, FL 33607-5803** | **$38,000** | **9/2020-12/2020** | **1099-Income** |
|   | **Relationship to debtor**<br>**Stockholder** | | | |
| 30.2. | **Morpheous Trading, LLC**<br>**PO Box 566463**<br>**Miami, FL 33256-6463** | **$33,750** | **9/2020-12/2020** | **1099-Income** |
|   | **Relationship to debtor**<br>**Stockholder** | | | |
| 30.3. | **Morpheous Trading, LLC**<br>**PO Box 566463**<br>**Miami, FL 33256-6463** | **$26,000** | **1/2021-9/2021** | **1099-Income** |
|   | **Relationship to debtor**<br>**Stockholder** | | | |

| Debtor | Brainy Apps, LLC | Case number *(if known)* | 21-19692-LMI |
|---|---|---|---|

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.4. | CJ Specter, Inc.<br>3030 N Rocky Point Dr W Ste 150A<br>Tampa, FL 33607-5803 | $30,000 | 01/2021-9/2021 | 1099-Income |
| | **Relationship to debtor**<br>Stockholder | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

### Part 14: Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **December 27, 2021**

**/s/ John Edward Lakatis**           **John Edward Lakatis**
Signature of individual signing on behalf of the debtor           Printed name

Position or relationship to debtor           **Co-Founder**

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**
■ No
☐ Yes